**FILED**

DEC 27 2006

10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Albert Einstein Medical Center, et al.,   )
                                          )
                                          )
                                          )
                    Plaintiff             )    Civil Acti
        vs                                )
                                          )
Michael O. Leavitt, Secretary,            )
Department of Health and Human Services,  )
                                          )
                    Defendant             )

CASE NUMBER 1:06CV02220

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 12/27/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __above-captioned plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __N/A__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

398100
BAR IDENTIFICATION NO.

L. Barrett Boss,  Cozen O'Connor
Print Name

1627 I Street, NW, Suite 1100
Address

Washington, DC          20006
City       State       Zip Code

(202) 912-4800
Phone Number

2