# AFFIDAVIT OF SERVICE

**District of Columbia**  **Usdc/Dc Court**

Case Number: 1:06CV02220 *RWR*

Plaintiff:
ALBERT EINSTEIN MEDICAL CENTER, ET AL.
vs.
Defendant:
MICHAEL O. LEAVITT, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES

**RECEIVED**

JAN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For:
COZEN O'CONNOR
1627 I Street, Nw
Suite 1100
Washington, DC 20006

Received by ALLIANCE LEGAL SERVICES, INC. on the 29th day of December, 2006 at 9:11 am to be served on **JEFFREY A. TAYLOR, UNITED STATES ATTORNEY - 555 4TH STREET, NW, WASHINGTON, DC 20530. SERVICE AT ALTERNATE ADDRESS: 501 3RD STREET, NW, FOURTH FLOOR, WASHINGTON DC 20001**

I, Paul B. Spalding, being duly sworn, depose and say that on the **29th day of December, 2006** at **11:15 am**, I:

Delivered a true copy of the **Summons in a Civil Case/ NOTICE OF RIGHT TO CONSENT TO TRAIL BEFORE UNITES STATES MAGISTRATE JUDGE/ COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF/ CERTIFICATE RULE LCVR 7.1/ INITIAL ELECTRONIC CASE FILING ORDER/ ELECTRONIC CASE FILES REGISTRATION FORM** to GARY NAILS, DOCUMENT CLERK who stated that they were authorized to accept for the witness in their absence.

**Additional Information pertaining to this Service:**
12/29/2006 SERVER ATTEMPTED SERVICE AT 555 4TH STREET, WASHINGTON, DC 20530. GURAD REFERRED SERVER TO ALTERNATE ADDRESS FOR SERVICE
12/29/2006 DOCUMENTS ACCEPTED BY GARY NAILS, DOCUMENT CLERK AT 501 3RD STREET, FOURTH FLOOR, NW, WASHINGTON DC 20001 AT 11:15AM

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

Subscribed and Sworn to before me on the 2nd day of January, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires 11/30/10

**Paul B. Spalding**
Process Server

ALLIANCE LEGAL SERVICES, INC.
P.O. Box 523078
Springfield, VA 22152
(703) 644-8571

Our Job Serial Number: 2007000003

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Albert Einstein Medical Center, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary,
Department of Health and Human Services

CAS

CASE NUMBER 1:06CV02220
JUDGE: Richard W. Roberts
DECK TYPE: General Civil
DATE STAMP: 12/27/2006

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. Barrett Boss
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 27 2006
_____             _____
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-29-06 |
| NAME OF SERVER (PRINT) PAUL SPALDING | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served AT: 501 3rd St N.W., 4th Floor, Washington DC 20001 to Gary Nails, Document Clerk, AT 11:15A — see Additional Affidavit

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-2-07
          Date                    Signature of Server

Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.