IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Albert Einstein Medical Center, et al.,** | ) ) ) ) |
| **Plaintiffs,** | ) )  CIVIL ACTION NO. 1:06CV02220 (RWR) |
| v. | ) ) ) |
| **Michael O. Leavitt, Secretary** Department of Health and Human Services 200 Independence Ave., S.W. Washington, DC 20201, | ) ) ) ) ) ) |
| **Defendant.** | ) ) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiff's Complaint, Summons and related papers to be delivered via United States certified to:

>Michael O. Leavitt
>Secretary to U.S. Dept. of Health & Human Services
>200 Independence Avenue, S.W.
>Washington, DC 20201
>SERVED: January 16, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Certified Mail Receipt as Proof of Service.

       Respectfully submitted,

       ___/s/_____
       L. Barrett Boss (DC Bar No. 398100)
       **Cozen O'Connor**
       1627 I Street, NW, Suite 1100
       Washington, DC  20006
       Telephone (202) 912-4818
       Facsimile  (866) 413-0172
       bboss@cozen.com

       Mark H. Gallant
       **Cozen O'Connor**
       1900 Market Street
       Philadelphia, PA  19103
       Telephone: (215) 665-4136
       Facsimile:  (215) 701-2436
       mgallant@cozen.com

       Attorneys for Plaintiffs

Dated: January 29, 2007

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael O. Leavitt
   Sec. US Dept. Health &
   Human Services
   200 Independence Ave, SW
   Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   LAWRENCE

C. Date of Delivery
   1-16-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540