# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Albert Einstein Medical Center, et al.,** | ) <br> ) <br> ) <br> ) |
| **Plaintiffs,** | ) CIVIL ACTION NO. 1:06CV02220 (RWR) <br> ) |
| v. | ) <br> ) |
| **Michael O. Leavitt, Secretary** <br> Department of Health and Human Services <br> 200 Independence Ave., S.W. <br> Washington, DC  20201, | ) <br> ) <br> ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiff's Complaint, Summons and related papers to be delivered via United States certified to:

>Alberto Gonzales
>Attorney General
>United States Department of Justice
>10th and Constitution Ave., NW
>Washington, DC 20530
>SERVED: January 16, 2007

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Certified Mail Receipt as Proof of Service.

        Respectfully submitted,

        ___/s/_____
        L. Barrett Boss (DC Bar No. 398100)
        **Cozen O'Connor**
        1627 I Street, NW, Suite 1100
        Washington, DC  20006
        Telephone (202) 912-4818
        Facsimile  (866) 413-0172
        bboss@cozen.com

        Mark H. Gallant
        **Cozen O'Connor**
        1900 Market Street
        Philadelphia, PA  19103
        Telephone: (215) 665-4136
        Facsimile:  (215) 701-2436
        mgallant@cozen.com

        Attorneys for Plaintiffs

Dated: January 29, 2007

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) JAN 16 07  C. Date of Delivery |
| 1. Article Addressed to:<br>Alberto Gonzales<br>Attorney General of the US<br>Department of Justice<br>10th and Constitution Ave., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540