IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE URBAN HEALTH CARE COALITION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. A. No. 06-2220 (RWR) ) |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | ) ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

Pursuant to Local Civil Rule 83.6(a), Robert J. Katerberg, Trial Attorney, U.S. Department of Justice, hereby enters his appearance as counsel for defendant Michael O. Leavitt, Secretary of Health and Human Services.

Dated: February 27, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Director

 /s/ Robert J. Katerberg
ROBERT J. KATERBERG (D.C. Bar No. 466325)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6112
Washington, D.C. 20001
Telephone:   (202) 616-8298
Facsimile:   (202) 616-8460
Robert.Katerberg@usdoj.gov

Attorneys for Defendant