IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE URBAN HEALTH CARE COALITION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, SECRETARY, Department of Health and Human Services,<br><br>Defendant | Civ. A. No. 06-2220 (RWR) |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES FOR EXTENSION OF TIME

Plaintiffs, the Urban Health Care Coalition, et al., hereby file this unopposed motion respectfully requesting an extension of time in which to file Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion To Dismiss For Lack Of Subject Matter Jurisdiction, Or, In The Alternative, For Failure To State A Claim ("Memorandum of Law in Opposition to Defendant's Motion To Dismiss"), up to and including April 11, 2007. The reasons for seeking this extension of time are as follows:

    1.    The Defendant filed their Motion to Dismiss and accompanying Memorandum in Support thereof on February 27, 2007. Under LCvR 7(b) and F. R. Civ. Proc. 6, Plaintiffs'

Memorandum of Law in Opposition to Defendant's Motion To Dismiss is due on March 12, 2007.

2. The Defendant filed a detailed brief in support of a dispositive motion that raises numerous issues of law and the Defendant has stated that it does not oppose this Motion for Extension of Time.

3. Plaintiffs do not anticipate the need to seek any additional extensions in which to file their Memorandum of Law in Opposition to Defendant's Motion To Dismiss.

Respectfully Submitted,

COZEN O'CONNOR

Dated March 5, 2007

BY: _____/s/_____

L. Barrett Boss (D.C. Bar No. 398100)
COZEN O'CONNOR
1627 I Street, NW, Suite 1100)
Washington, D.C. 20006
Telephone: (202) 912-4800
Facsimile: (866)413-0172

Of Counsel:
Mark H. Gallant (D.C. Bar No. 913111)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Attorneys for Plaintiffs

PHILADELPHIA\3005125\1 193485.000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE URBAN HEALTH CARE
COALITION, et al.

      Plaintiffs,

    v.

MICHAEL O. LEAVITT, SECRETARY,
Department of Health and Human Services,

      Defendant

Civ. A. No. 06-2220 (RWR)

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion and Incorporated Memorandum of Points and Authorities for Extension of Time, it is hereby ORDERED that an extension of time until April 11, 2003 is GRANTED for the filing of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion To Dismiss For Lack Of Subject Matter Jurisdiction, Or, In The Alternative, For Failure To State A Claim.

Dated:_____

                                                    RICHARD W. ROBERTS
                                                    United States District Judge