IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE URBAN HEALTH CARE COALITION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. A. No. 06-2220 (RWR)<br>) |
| MICHAEL O. LEAVITT,<br>  Secretary, Department of<br>  Health and Human Services, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk of this Court and all parties of record:

Please 1) enter the appearance of Brian G. Kennedy as counsel in this case for defendant Michael O. Leavitt, and 2) withdraw the appearance of Robert J. Katerberg as counsel in this case.


Date: August 4, 2008           /s/ *Brian G. Kennedy*
                               United States Department of Justice
DC Bar No. 228726              Civil Division, Federal Programs Branch
                               20 Massachusetts Avenue N.W.  Room 6104
                               Washington, D.C.  20530
                               Telephone:  (202) 514-3357
                               Fax:  (202) 616-8470
                               Email: brian.kennedy@usdoj.gov